[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RECEIVED

MAR 3 - 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dustin Alton Palmer

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Whiteside County Sheriff's Department

22 cv 50073
Judge Iain D. Johnston
Magistrate Judge Lisa A. Jensen

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

__X__ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: Dustin Alton Palmer

   B. List all aliases: —

   C. Prisoner identification number: 24451 — Y36274

   D. Place of present confinement: Whiteside County Jail

   E. Address: 400 N. Cherry St. Morrison IL, 61270

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: John Booker
      Title: Sheriff of Whiteside County
      Place of Employment: 400 N. Cherry St Morrison IL, 61270

   B. Defendant: Kim Cavazos
      Title: Jail Administrator
      Place of Employment: 400 N. Cherry St Morrison IL, 61270

   C. Defendant: Lauri Hassler
      Title: Nurse / Advanced Correctional Health Care
      Place of Employment: 400 N. Cherry Street Morrison IL, 61270

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 22SC85

B. Approximate date of filing lawsuit: 2/2/22

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: Whiteside County Sherriff - John Booker - Kim Cavazos - (aue) Hassler/Nurse

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Whiteside County

F. Name of judge to whom case was assigned: Unknown

G. Basic claim made: Failure to provide medical/Dental treatment for almost 2 months - Pain & Suffering

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On December 31st, 2021 I put in a sick call request for a severe tooth issue. Cauri Hassler; Nurse for the jail, seen me briefly said she would put me on antibiotics/pain meds and get me into the dentist in a week or two. Seven days of extreme pain later (approx. 1/10/22) I was taken off medications for this issue. Approx 1/15/22 The pain returned as well as the infection. I was patient assuming my dentist visit was in the near future. On 1/25/22 I put in a grievance because I had not yet been to the doctor. By this point, I was in extreme pain for weeks to the point I couldn't get out of bed. It wasn't until Friday the 11th of February I went the dentist. They stated at the clinic the jail didn't want to make extra trips "it's best to pull it today." The tooth was still infected but I sucked it up & let them pull it even though the infection was still present and the numbing agent not taking full effect.

4                                                                    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I was instructed by the DDS @ Whiteside County Health Department to salt water rinse after 24 hrs. Deputy (Brian Milnes) denied me salt the whole weekend and I developed dry socket which was the worst couple days of the entire experience. This jail didn't have a nurse over the weekend to approve giving me salt...

I incluoe John Booker & Kim Cavazos because it is ~~their~~ their procedures & protocol's which pro-longed my pain & suffering for over forty-five days.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want Punitive & Monetary Damages. Mostly the Punitive Relief so no one has to go through this like I did.

**VI.** The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __28__ day of __Feb__, 20__22__

D. Pa___

(Signature of plaintiff or plaintiffs)

Dustin Palmer
(Print name)

24451
(I.D. Number)

400 N. Cherry St. Morrison IL, 61270
(Address)