

D. Palmer 24451
Whiteside County Sheriff's Office
400 N. 400 N...
Morrison, Morrison, IL 61270

QUAD CITIES IL P&DF
IL 612 2 L
01 MAR 2022 PM

RECEIVED
MAR 03 2022
US MARSHALS

United States District Court
Northern District Illinois
327 Church St.
Rockford IL, 61101



LEGAL MAIL